UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SINDY M. WHITMIRE,<br><br>                    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                    Defendant. | CASE NO. C10-5895BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 20. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) The decision by the Administrative Law Judge is **REVERSED** and the action is **REMANDED** to the Social Security Administration for further consideration as discussed in the R&R.

Dated this 27th day of February, 2012

BENJAMIN H. SETTLE
United States District Judge

ORDER