UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SINDY M. WHITMIRE,<br><br>               Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>               Defendant. | CASE NO. C10-5895BHS<br><br>MINUTE ORDER |

NOW, on this 26th day of June, 2012, the Court directs the Clerk to enter the following Minute Order:

On May 30, 2012, Plaintiff moved for EAJA fees in this matter. Dkt. 24. Defendant opposes the payment of the fees. Dkt. 25. Because the parties disagree as to whether these fees should be awarded, the Court refers the motion for fees (Dkt. 24) to the Honorable J. Richard Creatura, United States Magistrate Judge, for a report and recommendation on the matter.

The foregoing Minute Order was authorized by the Honorable BENJAMIN H. SETTLE, United States District Judge.

        /s/ Trish Graham
Trish Graham
Judicial Assistant