UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SINDY M. WHITMIRE,

          Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

          Defendant.

CASE NO. C10-5895 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 28. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**; and

    (2)    Attorney fees in the amount of $7,397.65 and expenses in the amount of $28.22, pursuant to EAJA, 28 U.S.C. § 2412(d). If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset

ORDER -- 1

1  allowed under the Department of the Treasury's Offset Program, then the check for

2  EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney.

3  Dated this 22nd day of August, 2012.

allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney.

Dated this 22nd day of August, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge